SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Delta Air Lines, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KIM VROMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a foreign corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01053-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>*(First Request)* |

Pursuant to L.R. 6-1, 6-2, and 7-1, Plaintiff Kim Vroman ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint, from June 1, 2017 to June 22, 2017. This is the Parties' first request to extend the time

//

//

//

//

1

for Defendant to respond to Plaintiff's Complaint. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 26th day of May, 2017.

| THE THATER LAW GROUP, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ M. Lani Esteban-Trinidad | /s/ Suzanne L. Martin |
| M. Lani Esteban-Trinidad<br>6390 W. Cheyenne Avenue<br>Suite A<br>Las Vegas, NV 89108<br>Telephone: 702.736.5297<br>*Attorneys for Plaintiff Kim Vroman* | Suzanne L. Martin<br>Amy L. Howard<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702-369-6800<br>*Attorneys for Defendant Delta Air Lines, Inc.* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 5-30-2017

29958761.1

2