SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Delta Airlines, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KIM VROMAN, an individual, | Case No.: 2:17-cv-01053-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DELTA AIR LINES, INC., a foreign corporation; DOES 1 through 10, inclusive; ROES CORPORATION/ENTITIES 1through 10 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant Delta Airlines, Inc., ("Defendant"), and Plaintiff Kim Vroman ("Plaintiff"), by and through counsel for Plaintiff, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///

///

///

Each party is to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATE: October 5, 2017.                    DATE: October 5, 2017.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.    THE THATER LAW GROUP, O.C.

*/s/ Suzanne L. Martin*                    */s/ M. Lani Esteban-Trinidad*
Suzanne L. Martin, Esq.                    M. Lani Esteban-Trinidad
Amy L. Howard, Esq.                        6390 W. Cheyenne Avenue Suite A
3800 Howard Hughes Parkway                 Las Vegas, NV 89106
Suite 1500                                 (702) 736-5297 Tel.
Las Vegas, NV 89169                        (702)736-5299 Fax
(702) 369-6800 Tel.                        lani@thaterlawgroup.com
(702) 369-6888 Fax                         Attorney for Plaintiff
suzanne.martin@ogletreedeakins.com
amy.howard@ogletreedeakins.com
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

  October 10, 2017
_____
DATE

2